**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STILLWATER DESIGNS AND AUDIO, INC. d/b/a KICKER, | Case No. 1:25-cv-07961 |
| Plaintiff, | |
| | **JURY TRIAL DEMANDED** |
| v. | |
| DEALS & FIXTURES LLC, | |
| Defendant. | |

**MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Stillwater Designs and Audio, Inc. by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for Defendant Deals & Fixtures LLC ("Defendant") to respond to the complaint. As reasons therefore, Plaintiff states as follows:

1. Plaintiff initiated this action on July 14, 2025 by filing a complaint against Defendant. *See* ECF 1.

2. Plaintiff served the complaint and summons on Defendant on July 17, 2025. As a result, Defendant's initial deadline to answer or otherwise respond to the complaint is August 7, 2025. *See* ECF 9.

3. At this time, the parties are discussing settlement in an effort to resolve this matter.

4. Accordingly, Plaintiff respectfuly requests an extension of 30 days to allow the parties additional time to continue their settlement discussions.

WHEREFORE, Plaintiff Stillwater Designs and Audio, Inc. respectfully requests that the Court extend the deadline for Deals & Fixtures LLC to answer or otherwise respond to the complaint, up to and including September 8, 2025, and for any additional relief the Court deems just and equitable.

Dated: August 7, 2025         Respectfully submitted,

                                         STILLWATER DESIGNS AND AUDIO, INC.,

                                         By: */s/ Nicole C. Mueller*
                                         One of its Attorneys

                                         Nicole C. Mueller
                                         **K&L Gates LLP**
                                         70 West Madison Street
                                         Suite 3300
                                         Chicago, Illinois 60602
                                         Tel.: (312) 372-1121
                                         nicole.mueller@klgates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I electronically filed the foregoing pleading with the clerk of the court using the ECF system, which will send notification of the filing to all counsel of record.

By:   */s/ Nicole C. Mueller*